No error.

---

STATE OF NORTH CAROLINA v. GEORGE WASHINGTON SUGGS

No. 758SC27

(Filed 7 May 1975)

ON *certiorari* to review the judgment of *Cohoon, Judge.* Judgment entered 22 March 1971 in Superior Court, LENOIR County. Heard in the Court of Appeals 18 March 1975.

*Attorney General Edmisten by Associate Attorney Sandra M. King for the State.*

*Turner and Harrison by Fred W. Harrison for defendant appellant.*

MORRIS, VAUGHN and CLARK, Judges.

No error.